# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In re:  HEATHER E HAYES                                                    Case No.:  15-23049 KL

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

PAUL CHAEL, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  09/28/2015.
2) The plan was confirmed on  04/18/2016.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  04/17/2019, 05/08/2019, 05/10/2018, 07/02/2019, 06/26/2019, 04/20/2016.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  08/25/2016, 10/17/2017, 09/25/2018.
5) The case was completed on  07/30/2020.
6) Number of months from filing or conversion to last payment:  58.
7) Number of months case was pending:  61.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  NA.
10) Amount of unsecured claims discharged without full payment:  32,752.86.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**
|   |   |   |
|---|---|---|
| Total paid by or on behalf of the debtor: | $72,980.56 | |
| Less amount refunded to debtor: | $154.01 | |
| **NET RECEIPTS:** | | $72,826.55 |

**Expenses of Administration:**
|   |   |   |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $6,190.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $2,764.63 | |
| Other: | $157.50 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $9,112.13 |
| Attorney fees paid and disclosed by debtor: | $.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| ACCEPTANCE NOW | Unsecured | NA | NA | NA | .00 | .00 |
| ACCEPTANCE NOW | Unsecured | 150.00 | NA | NA | .00 | .00 |
| ALLY FINANCIAL | Secured | 23,078.00 | 23,382.80 | 14,931.00 | 14,931.00 | 1,671.90 |
| ALLY FINANCIAL | Secured | NA | 8,451.80 | 8,451.80 | 210.66 | .00 |
| AMEREN ILLINOIS | Unsecured | 149.70 | 345.77 | 345.77 | 8.73 | .00 |
| AT&T MOBILITY II LLC | Unsecured | 173.32 | 607.16 | 607.16 | 15.32 | .00 |
| ATT UVERSE | Unsecured | NA | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | Unsecured | 1,606.00 | 1,678.14 | 1,678.14 | 41.83 | .00 |
| CAPITAL ONE BANK | Unsecured | 722.00 | 766.94 | 766.94 | 19.36 | .00 |
| CAPITAL ONE BANK | Unsecured | 1,085.00 | 1,137.59 | 1,137.59 | 28.71 | .00 |
| CITY OF CHICAGO DEPARTMENT OF RE | Unsecured | 322.00 | 322.00 | 322.00 | 8.13 | .00 |
| COMCAST | Unsecured | 569.56 | NA | NA | .00 | .00 |
| COMCAST | Unsecured | 401.71 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

In re:  HEATHER E HAYES                                                                                                   Case No.:  15-23049 KL

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| COMENITY BANK | Unsecured | NA | NA | NA | .00 | .00 |
| CONSERVICE | Unsecured | 797.08 | NA | NA | .00 | .00 |
| CONSERVICE | Unsecured | NA | NA | NA | .00 | .00 |
| CREDIT MANAGEMENT | Unsecured | NA | NA | NA | .00 | .00 |
| DIRECTV | Unsecured | NA | NA | NA | .00 | .00 |
| DISCOVER | Unsecured | 997.57 | NA | NA | .00 | .00 |
| DISCOVER BANK | Unsecured | 1,671.00 | 1,671.95 | 1,671.95 | 41.67 | .00 |
| ECMC | Unsecured | 78,394.80 | 92,442.91 | 92,442.91 | 2,321.27 | .00 |
| FRANCISCAN ALLIANCE INC | Unsecured | 81.67 | NA | NA | .00 | .00 |
| HARRIS AND HARRIS LTD | Unsecured | NA | NA | NA | .00 | .00 |
| HOSPITAL REIMBURSEMENT | Unsecured | NA | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | Priority | 125.00 | 95.29 | 95.29 | 95.29 | .00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 125.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 30.00 | 30.00 | .76 | .00 |
| INTERNAL REVENUE SERVICE | Priority | NA | NA | NA | .00 | .00 |
| IRS INSOLVENCY GROUP 3 | Unsecured | NA | NA | NA | .00 | .00 |
| MONITRONICS | Unsecured | 42.99 | NA | NA | .00 | .00 |
| NICOR GAS | Unsecured | 547.08 | NA | NA | .00 | .00 |
| NIPSCO | Unsecured | 174.49 | 315.65 | 315.65 | 7.97 | .00 |
| OCWEN LOAN SERVICING | Secured | NA | 2,738.05 | 2,738.05 | .00 | .00 |
| OCWEN LOAN SERVICING | Secured | 95,695.00 | 96,958.40 | 26,555.08 | 26,555.08 | .00 |
| OCWEN LOAN SERVICING | Secured | 9,798.00 | 10,103.58 | 10,103.58 | 97.82 | .00 |
| OCWEN LOAN SERVICING | Secured | NA | 400.00 | 400.00 | 400.00 | .00 |
| ONSTAR SUBSCRIBER SVCS | Unsecured | NA | NA | NA | .00 | .00 |
| PHH MORTGAGE SERVICES | Secured | NA | 67,000.00 | 17,234.16 | 17,234.16 | .00 |
| QUANTUM3GROUP, LLC | Unsecured | 911.00 | 981.23 | 981.23 | 24.76 | .00 |
| SPRINT | Unsecured | NA | NA | NA | .00 | .00 |
| ST MARGARET MERCY | Unsecured | 2,922.80 | NA | NA | .00 | .00 |
| US ATTORNEYS OFFICE | Unsecured | NA | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | Unsecured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

In re: HEATHER E HAYES    Case No.: 15-23049 KL

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WOW HARVEY | Unsecured | 211.31 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 36,658.66 | 26,652.90 | .00 |
| Mortgage Arrearage: | 2,738.05 | .00 | .00 |
| Debt Secured by Vehicle: | 23,382.80 | 15,141.66 | 1,671.90 |
| All Other Secured: | 17,634.16 | 17,634.16 | .00 |
| **TOTAL SECURED:** | 80,413.67 | 59,428.72 | 1,671.90 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 95.29 | 95.29 | .00 |
| **TOTAL PRIORITY:** | 95.29 | 95.29 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 100,299.34 | 2,518.51 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $9,112.13 |
| Disbursements to Creditors: | $63,714.42 |
| **TOTAL DISBURSEMENTS:** | $72,826.55 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 10/30/2020    By: /s/PAUL CHAEL

Standing Chapter 13 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

IN RE:  CASE NO:
HEATHER E HAYES  15-23049 KL

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Final Report and Account was sent electronically or by ordinary United States mail, postage prepaid, on the date noted below, to the debtor, attorney for the debtor, and the United States Trustee.

Date: November 20, 2020  /s/PAUL CHAEL
  PAUL CHAEL